458 A.2d 284

Commonwealth v. Martin, Appellant.

Submitted November 3, 1982. Thomas V. Hunt, for appellant; Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and VAN der VOORT, JJ.

The judgment of sentence is affirmed.

458 A.2d 284

Commonwealth v. Mausteller, Appellant.

Submitted December 13, 1982. Scott Wayne Naus, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.